## IN THE MATTER OF MICHAEL J. BIVONA, AN ATTORNEY AT LAW.

Argued December 2, 1969—Decided December 18, 1969.

*Mr. Samuel M. Lyon, Jr.* argued the cause for Bergen County Ethics Committee.

No appearance on behalf of Respondent.

PER CURIAM. Disciplinary proceedings against respondent, a member of the bar of this State were brought by the Bergen County Ethics Committee. The matter was presented to this Court at a hearing thereon on December 2, 1969. There was no appearance by respondent.

It appears that on November 20, 1969, respondent pleaded guilty to three accusations charging him with embezzlement of substantial sums of money which had been entrusted to him by clients. Under the circumstances respondent is disbarred and his name is ordered stricken from the Roll of Attorneys as a member of the bar of New Jersey.

*For disbarment*—Chief Justice WEINTRAUB and Justices JACOBS, FRANCIS, PROCTOR, HALL, SCHETTINO and HANEMAN—7.